UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:15CR0207 HEA/TCM ) |
| MICHAEL L. GUIDO, | ) ) |
| Defendant. | ) |

### ORDER AND REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed this date and incorporated herein,

**IT IS HEREBY ORDERED** that Defendant's Motion for Disclosure by the Government of its Intention to Rely Upon Rule 404(b) Evidence is **DENIED**. [Doc. 72]

**IT IS FURTHER ORDERED** that Defendant's Motion for Bill of Particulars is **DENIED**. [Doc. 69]

**IT IS FURTHER ORDERED** that Defendant's Motion for Disclosure of Expert Witnesses Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) is **GRANTED** in part, and **DENIED** in part as set forth in the Memorandum. [Doc. 71]

**IT IS FINALLY ORDERED** that Defendant's Motion for Leave to File Additional Pretrial Motion Regarding a Particular Material Witness is **DENIED** without prejudice. [Doc. 73]

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Evidence be **DENIED**. [Doc. 70]

The parties are advised that they have **fourteen (14)** days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact.

The trial of this matter is set on **October 5, 2015**, before the Honorable Henry E. Autrey, United States District Judge.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  17th  day of August, 2015.